IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-cv-00032-RBJ-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 21, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                                          *Counsel:*

KENNETH A. ABEYTA,                      Richard Hodges
                                                             Jason Alleman

       Plaintiff,

v.

AMERICAN STANDARD INSURANCE      Amber Ju
COMPANY OF WISCONSIN,

       Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session: 8:37 a.m.**
Court calls case. Appearances of counsel. Also present: Plaintiff Kenneth Abeyta.

Discussion between the Court and counsel regarding Defendant's Motion for Leave to Amend Answer to Add Counterclaim [Doc. No. 22] and Plaintiff's Motion to Withdraw, Notice of Intent to Withdraw as Counsel of Record, Written Notification Certificate and Statement of Last Known Address and Telephone Number [Doc. No. 24].

Plaintiff advises the Court that he wishes to withdraw his claims with prejudice, each side to bear his or its own fees and costs.

The parties sign a Stipulation of Dismissal prepared by the Court.

**ORDERED:** The Clerk of Court shall file the Stipulation of Dismissal.

**ORDERED:** Defendant's Motion for Leave to Amend Answer to Add Counterclaim [Doc. No. 22] is DENIED AS MOOT. Plaintiff's Motion to Withdraw, Notice of Intent to Withdraw as Counsel of Record, Written Notification Certificate and Statement of Last Known Address and Telephone Number [Doc. No. 24] is DENIED AS MOOT.

HEARING CONCLUDED.

**Court in recess**:    **8:51 a.m.**
Total time in court:    00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.